~~Jason M. Drangel (JD 7204)~~
~~jdrangel@ipcounselors.com~~
~~Ashly E. Sands (AS 7715)~~
~~asands@ipcounselors.com~~
~~Danielle S. Futterman (DY 4228)~~
~~dfutterman@ipcounselors.com~~
~~Gabriela N. Nastasi~~
~~gnastasi@ipcounselors.com~~
~~Grace A. Rawlins~~
~~grawlins@ipcounselors.com~~
~~EPSTEIN DRANGEL LLP~~
~~60 East 42nd Street, Suite 1250~~
~~New York, NY 10165~~
~~Telephone:   (212) 292-5390~~
~~Facsimile:    (212) 292-5391~~
*~~Attorneys for Plaintiff~~*
*~~King Spider LLC~~*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KING SPIDER LLC,<br><br>*Plaintiff*<br><br>v.<br><br>FOSHANSHIBINGJIEHAOYI, HUZHONGMINGZZ, KUNMINGWUHUAYUANYINGGE, MENGJUMAOYI, MIAOPOKEJI, SHANM, WEDSSSAGGY and ZHANGMUMAOYI,<br><br>*Defendants* | **24-cv-5673 (JMF)**<br><br>**~~[PROPOSED]~~ UNSEALING ORDER** |

1

On Plaintiff's application, the case is hereby UNSEALED. Plaintiff shall ensure that all documents filed to date appear on the docket by September 23, 2024 -- whether that is done by filing the documents anew or by working with the Clerk's Office (through the ECF Help Desk).

~~WHEREAS the Court orders that this Action be unsealed, and Records Management upload all documents filed to date on the Electronic Case Filing system.~~

**SO ORDERED.**

SIGNED this __15th__ day of _____August_____, 2024, at ___3:00___ _p_.m.
New York, New York

_____
HON. JESSE M. FURMAN
UNITED STATES DISTRICT JUDGE

2