UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
KING SPIDER LLC, :
:
Plaintiff, :
: 24-CV-5673 (JMF)
-v- :
: ORDER
:
FOSHANSHIBINGJIEHAOYI et al., :
:
Defendants. :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       In its August 15, 2024 Order unsealing this case, the Court directed Plaintiff to "ensure that all documents filed to date appear on the docket by September 23, 2024 — whether that is done by filing the documents anew or by working with the Clerk's Office (through the ECF Help Desk)." ECF No. 3. To date, Plaintiff has not done so. Plaintiff's deadline to ensure that all documents in this case previously filed under seal appear on the public docket is hereby extended, *nunc pro tunc*, through and until **Friday, September 27, 2024**.

       SO ORDERED.

Dated: September 24, 2024
      New York, New York

                                           JESSE M. FURMAN
                                          United States District Judge