UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
KING SPIDER LLC, :
:
                Plaintiff, :      24-CV-5673 (JMF)
:
    -v- :      <u>ORDER</u>
:
FOSHANSHIBINGJIEHAOYI et al., :
:
               Defendants. :
:
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      In view of Plaintiff's status letter, *see* ECF No. 28, and the lack of an appearance by any Defendant, the initial pretrial conference currently scheduled for November 12, 2024, *see* ECF No. 6, is hereby ADJOURNED to **January 14, 2025 at 9:00 a.m**.

      SO ORDERED.

Dated: November 4, 2024
       New York, New York

                                                        JESSE M. FURMAN
                                         United States District Judge